

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| JULIUS L. JACKSON | DOCKET NO. 1:04 CV 1514 |
| | SECTION P |
| VS. | JUDGE DEE D. DRELL |
| CARL CASTERLINE, ET AL. | MAGISTRATE JUDGE KIRK |

### JUDGMENT OF DISMISSAL

After an independent review of the record, including the objections filed by the Plaintiff, and in concurring with the reasoning of the Magistrate Judge in the Report and Recommendation filed previously herein,

**IT IS ORDERED** that this civil rights action is **DENIED AND DISMISSED WITH PREJUDICE as FRIVOLOUS.**

**IT IS FURTHER ORDERED** that Plaintiff's claim challenging his disciplinary conviction be **DISMISSED WITH PREJUDICE** until Heck conditions are met.

**THUS DONE AND SIGNED**, in chambers, at Alexandria, Louisiana on this 27th day of June, 2005.

DEE D. DRELL
**UNITED STATES DISTRICT JUDGE**